# EXHIBIT B

   Dennis Postiglione <dennis@talentrights.law>

## Tubb
9 messages

**Sager, Kelli** <kellisager@dwt.com>   Tue, Jul 9, 2024 at 12:11 PM
To: Dennis Postiglione <dennis@talentrights.law>
Cc: Joseph Casas <joseph@talentrights.law>, Alexander <agruft@gruftlaw.com>, "Laidman, Dan" <DanLaidman@dwt.com>

Dennis –

We have located a copy of the 1983 SAG agreement, which is the agreement in effect in 1985. A bate-stamped copy is attached (PAR000001-0000370), for you to submit to the Court on July 15. (To the extent the Court has requested Paramount to provide information, we plan to do so on July 15. However, the answer to Judge Wu's question about payments to Meg Ryan or Anthony Edwards is that both agreed to accept $3300 for the use of clips from "Top Gun" in "Maverick." No one in the photograph was paid for its use.)



Sincerely,
Kelli Sager

**Kelli Sager**
**Partner**, Davis Wright Tremaine LLP

**P** 213.633.6821   **E** kellisager@dwt.com
**A** 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566

**DWT.COM**

Direct: 512-806-7699 | Fax: (855) 220-9626 | www.talentrights.law

Licensed in Texas

📄 **1983_SAG_BA (stamped).pdf**
15286K

---

[redacted content]

📄 [redacted]

---

**Dennis Postiglione** <dennis@talentrights.law>  Tue, Jul 9, 2024 at 1:44 PM
To: "Sager, Kelli" <kellisager@dwt.com>
Cc: Joseph Casas <joseph@talentrights.law>, Alexander <agruft@gruftlaw.com>, "Laidman, Dan" <DanLaidman@dwt.com>

Thank you, Kelli. [redacted] Please provide whatever documentation you have for Edwards and Ryan's payments. Thanks.

**Dennis Postiglione, Esq.**
Partner
The Casas Law Firm PC | Talent Rights Law
Direct: 512-806-7699 | Fax: (855) 220-9626 | www.talentrights.law

Licensed in Texas

[Quoted text hidden]

The Casas Law Firm PC | Talent Rights Law

[redacted content]

Laidman, Dan <DanLaidman@dwt.com>    Thu, Jul 11, 2024 at 5:04 PM
To: Dennis Postiglione <dennis@talentrights.law>, "Sager, Kelli" <kellisager@dwt.com>
Cc: Joseph Casas <joseph@talentrights.law>, Alexander <agruft@gruftlaw.com>, "Cate-Gumpert, Sam" <SamCateGumpert@dwt.com>

FRE 408 settlement communication:

Dennis:

We provided you information about the payments to Ms. Ryan and Mr. Edwards as a courtesy, in advance of our submission to the Court on July 15, ████ We are not obliged to provide you with any documents (nor did the Court request any documents).

Nor are we obliged to answer any additional questions, including your question about the amount of "residual payments, consulting fe████████████████████████ Ms. ████████ wards received. ████████████████████████████████ ████████████ under the SAG agreement Mr. Edwards and Ms. Ryan are also entitled to residuals for re-use of the film clips with their performances from Top Gun in Maverick, and to date the residuals are less than $10,000 each.  There were no consulting fees or back end points for either of them.

**Dan Laidman**
Davis Wright Tremaine LLP

P 213.633.6886   E danlaidman@dwt.com

[Quoted text hidden]

**DWT.COM**

[Quoted text hidden]