1  DAVIS WRIGHT TREMAINE LLP
   KELLI L. SAGER (State Bar No. 120162)
2    kellisager@dwt.com
   DAN LAIDMAN (State Bar No. 274482)
3    danlaidman@dwt.com
   865 South Figueroa Street, 24th Floor
4  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
5  Fax:  (213) 633-6899

6  DAVIS WRIGHT TREMAINE LLP
   SAM F. CATE-GUMPERT (State Bar No. 335715)
7    samcategumpert@dwt.com
   50 California Street, 23rd Floor
8  San Francisco, California  94111
   Telephone:  (415) 276-6500
9  Fax:  (415) 276-6599

10 Attorneys for Defendant
   PARAMOUNT PICTURES CORPORATION

11

12                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
13

14 | BARRY TUBB, an individual,          | Case No. **CV 24-1417-GW-BFMx**          |
15 |                                      |                                          |
   |              Plaintiff,              | **ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNREDACTED SUPPLEMENTAL FILING UNDER SEAL** |
16 |     vs.                              |                                          |
17 | PARAMOUNT PICTURES                   |                                          |
   | CORPORATION, a Delaware              |                                          |
18 | corporation,                         |                                          |
19 |              Defendant.              | Action Filed:  February 21, 2024         |

20

21

22

23

24

25

26

27

28

1
[PROPOSED] ORDER RE APPLICATION FOR LEAVE TO FILE UNDER SEAL
4879-4263-8800v.2 0012079-000393

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# ORDER

The Court has reviewed the Application To File Under Seal ("Application") filed by Paramount Pictures Corporation ("Paramount"), and finds that there are compelling reasons for sealing the limited portions of Paramount's Supplemental Filing Pursuant To Court Order Of July 1, 2024 Concerning Paramount's Special Motion To Strike And Motion To Dismiss Plaintiff's Complaint ("Supplemental Filing") that are the subject of Paramount's Application. The redacted information is commercially-sensitive financial information, the disclosure of which would cause Paramount competitive harm, and the proposed sealing is narrowly tailored to include only that specific information, with the vast majority of Paramount's Supplemental Filing publicly-filed in unredacted form.

Therefore, the Court hereby GRANTS Paramount's Application, and ORDERS that the unredacted version of Paramount's Supplemental Filing be maintained under seal.

**IT IS SO ORDERED.**

DATE: July 16, 2024

_____
HON. GEORGE H. WU,
United States District Judge

2
[PROPOSED] ORDER RE APPLICATION FOR LEAVE TO FILE UNDER SEAL
4879-4263-8800v.2 0012079-000393

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899