UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-1417-GW-BFMx | Date | August 1, 2024 |
|---|---|---|---|
| Title | *Barry Tubb v. Paramount Pictures Corporation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph N. Casas | Kelli L. Sager |
| Dennis C. Postiglione | Daniel A. Laidman |

**PROCEEDINGS:** **DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFF'S THIRD, FOURTH, FIFTH, SIXTH, AND SEVENTH CAUSES OF ACTION [C.C.P. § 425.16] [23]; DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [Fed. R. Civ. Proc. 12(b)(6)] [24]; and DEFENDANT'S MOTION FOR SECURITY FOR COSTS AND FEES [25]**

Further argument is held. For reasons stated on the record, Defendant's Motions are TAKEN UNDER SUBMISSION.

| | : | 12 |
|---|---|---|
| | Initials of Preparer | JG |