Joseph N. Casas [CSB No. 225800]
**THE CASAS LAW FIRM, P.C.**
402 West Broadway Street, Suite 400
San Diego, California 92101
Telephone No.: (855) 267-4457
Facsimile No.: (855) 220-9626
E-Mail: joseph@talentrights.law

Dennis Postiglione (*Admitted Pro Hac Vice*)
Texas Bar No. 24041711
**THE CASAS LAW FIRM, P.C.**
607 E. Blanco Road, #1724
Boerne, Texas 78006
Telephone No.: (512) 806-7699
Facsimile No.: (855) 220-9626
E-Mail: dennis@talentrights.law
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BARRY TUBB, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　Defendant. | Case No.: CV 24-1417-GW-BFMx<br><br>**ORDER ON STIPULATION**<br><br>Hearing Date: November 7, 2024<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Action Filed: February 21, 2024 |

i

**ORDER ON STIPULATION REGARDING HEARING ON DEFENDANT'S SPECIAL MOTION TO STRIKEPLAINTIFF'S THIRD, FOURTH, FIFTH, SIXTH, AND SEVENTH CAUSES OF ACTION [C.C.P. § 425.16] [Doc. 23]; and DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [Fed. R. Civ. Proc. 12(b)(6)] [Doc. 24]**

The Court has reviewed the Stipulation regarding the November 7, 2024, hearing on Defendant's pending Motions (Docs. 23, 24) and finds that there is good cause to continue the current setting until the agreed upon date of December 16, 2024, at 8:30 a.m. P.S.T.

Therefore, the Court hereby ORDERS that the current November 7, 2024, hearing set before this Court is continued until December 16, 2024, at 8:30 a.m. P.S.T.

**IT IS SO ORDERED.**

DATE:  November 5, 2024

_____
HON. GEORGE H. WU,
United States District Judge

- 1 -