UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-1417-GW-BFMx | Date | January 30, 2025 |
|---|---|---|---|
| Title | *Barry Tubb v. Paramount Pictures Corporation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez/Maria Lindaya | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph N. Casas | Kelli L. Sager |
| Dennis C. Postiglione | Daniel A. Laidman |

**PROCEEDINGS:** **DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFF'S THIRD, FOURTH, FIFTH, SIXTH, AND SEVENTH CAUSES OF ACTION [C.C.P. § 425.16] [23]; and DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [Fed. R. Civ. Proc. 12(b)(6)] [24]**

The Court's Further Tentative Ruling on Defendant's Motions [23, 24] was issued on January 29, 2025 [72]. Oral argument is held. For reasons stated on the record, Defendant's Motions are TAKEN UNDER SUBMISSION.

|  | : | 37 |
|---|---|---|
|  | Initials of Preparer | JG/ML |