DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
DAN LAIDMAN (State Bar No. 274482)
  danlaidman@dwt.com
350 S. Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
SAM F. CATE-GUMPERT (State Bar No. 335715)
  samcategumpert@dwt.com
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Defendant
PARAMOUNT PICTURES CORPORATION

[Additional counsel on following page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY TUBB, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. **CV 24-1417-GW-BFMx**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES AND STATUS CONFERENCE**<br><br>[Joint Stipulation to Continue Deadlines and Status Conference Concurrently Submitted]<br><br>Action Filed: February 21, 2024 |

[PROPOSED] ORDER
4920-8664-6349v.2 0012079-000393

| | |
|---|---|
| 1 | THE CASAS LAW FIRM, P.C. |
| 2 | JOSEPH N. CASAS (State Bar No. 225800) |
| | joseph@talentrights.law |
| 3 | 402 West Broadway Street, Suite 400 |
| | San Diego, California 92101 |
| 4 | Telephone: (855) 267-4457 |
| | Fax: (855) 220-9626 |
| 5 | |
| | THE CASAS LAW FIRM, P.C. |
| 6 | DENNIS POSTIGLIONE (*Admitted Pro Hac Vice*) |
| | dennis@talentrights.law |
| 7 | 607 E. Blanco Road, #1724 |
| | Boerne, Texas 78006 |
| 8 | Telephone: (512) 806-7699 |
| | Fax: (855) 220-9626 |

2

[PROPOSED] ORDER
4920-8664-6349v.2 0012079-000393

# ORDER

Having reviewed the Parties' Joint Stipulation To Continue Deadlines, and good cause appearing, it is HEREBY ORDERED as follows:

Any deadline for Defendant Paramount Pictures Corporation to file a motion or application seeking recovery of fees and costs, including any applicable deadline under F.R.C.P. 54, and any deadline for Plaintiff Barry Tubb to file an appeal from this Court's June 2, 2025 order (Dkt. 78, including Dkt. Nos. 44, 72), is hereby extended to and including July 16, 2025.

The status conference currently scheduled for June 23, 2025, is continued to July 28, 2025, at 8:30 a.m. The parties are to submit a joint status report by noon on July 21, 2025.

**IT IS SO ORDERED.**

DATE: June 12, 2025

_____
HON. GEORGE H. WU,
United States District Judge