1  DAVIS WRIGHT TREMAINE LLP
   KELLI L. SAGER (State Bar No. 120162)
2    kellisager@dwt.com
   DAN LAIDMAN (State Bar No. 274482)
3    danlaidman@dwt.com
   350 South Grand Avenue, 27th Floor
4  Los Angeles, California  90071
   Telephone:  (213) 633-6800
5  Fax:  (213) 633-6899

6  DAVIS WRIGHT TREMAINE LLP
   SAM F. CATE-GUMPERT (State Bar No. 335715)
7    samcategumpert@dwt.com
   50 California Street, 23rd Floor
8  San Francisco, California  94111
   Telephone:  (415) 276-6500
9  Fax:  (415) 276-6599

10 Attorneys for Defendant
   PARAMOUNT PICTURES CORPORATION

11 [Additional counsel on following page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| BARRY TUBB, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. **2:24-cv-01417-GW-BFMx**<br><br>**STIPULATED REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ENTER JUDGMENT IN FAVOR OF DEFENDANT**<br><br>[[Proposed] Judgment Concurrently Submitted]<br><br>Action Filed:  February 21, 2024 |
|---|---|

THE CASAS LAW FIRM, P.C.
JOSEPH N. CASAS (State Bar No. 225800)
　joseph@talentrights.law
402 West Broadway Street, Suite 400
San Diego, California 92101
Telephone: (855) 267-4457
Fax: (855) 220-9626

THE CASAS LAW FIRM, P.C.
DENNIS POSTIGLIONE (*Admitted Pro Hac Vice*)
　dennis@talentrights.law
607 E. Blanco Road, #1724
Boerne, Texas 78006
Telephone: (512) 806-7699
Fax: (855) 220-9626

STIPULATED REQUEST TO ENTER JUDGMENT
4909-6241-4414v.1 0012079-000393

IT IS HEREBY STIPULATED by and between the Parties, through their counsel, subject to this Court's approval, as follows:

1. On June 2, 2025, this Court entered an Order (Dkt. No. 78), which incorporated and made final its prior tentative rulings of June 28, 2024, and January 29, 2025 (Dkt. Nos. 44, 72) (collectively, "Final Order"), and which granted with prejudice Defendant's Motion To Dismiss Plaintiff's federal claims under Federal Rule of Civil Procedure 12(b)(6), and granted with prejudice Defendant's Special Motion To Strike Plaintiff's state law claims under California Code of Civil Procedure § 425.16 ("SLAPP Motion").

2. The Parties agree that this Court's Final Order disposes of all Plaintiff's claims in this action, which therefore should be dismissed with prejudice.

3. On June 12, 2025, this Court entered an Order pursuant to a stipulation of the parties setting July 16, 2025, as the deadline for Plaintiff to file an appeal from the June 2, 2025 Order, and for Defendant to file a motion or application seeking recovery of fees and costs.

4. The Parties subsequently have agreed to a resolution in which Plaintiff will forgo any appeal, and Defendant will forgo recovery of attorneys' fees and costs, with no payments in any amount being made by either Party. As part of that resolution, set forth in a written settlement agreement, the Parties have agreed to the dismissal with prejudice of this action, and a stipulated judgment in favor of Defendant Paramount Pictures Corporation, with both Parties to bear their own fees and costs, subject to the Court's approval.

WHEREFORE, the parties respectfully submit this Stipulation and [Proposed] Order to the Court for its approval.

//

//

DATED: June 20, 2025

DAVIS WRIGHTTREMAINE LLP
KELLI L. SAGER
DAN LAIDMAN
SAM F. CATE-GUMPERT

By:     /s/ Kelli L Sager
          Kelli L. Sager*

Attorneys for Defendant
PARAMOUNT PICTURES CORPORATION

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 20, 2025

THE CASAS FIRM, P.C.
JOSEPH N. CASAS
DENNIS POSTIGLIONE

By:     /s/ Dennis Postiglione
          Dennis Postiglione

Attorneys for Plaintiff
BARRY TUBB