1  DAVIS WRIGHT TREMAINE LLP
   KELLI L. SAGER (State Bar No. 120162)
2    kellisager@dwt.com
   DAN LAIDMAN (State Bar No. 274482)
3    danlaidman@dwt.com
   350 S. Grand Avenue, 27th Floor
4  Los Angeles, California 90071
   Telephone: (213) 633-6800
5  Fax: (213) 633-6899

6  DAVIS WRIGHT TREMAINE LLP
   SAM F. CATE-GUMPERT (State Bar No. 335715)
7    samcategumpert@dwt.com
   50 California Street, 23rd Floor
8  San Francisco, California 94111
   Telephone: (415) 276-6500
9  Fax: (415) 276-6599

10 Attorneys for Defendant
   PARAMOUNT PICTURES CORPORATION

11 [Additional counsel on following page]

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY TUBB, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. **2:24-cv-01417-GW-BFMx**<br><br>**[PROPOSED] JUDGMENT**<br><br>[Stipulated Request to Dismiss Case With Prejudice And Enter Judgment For Defendant Concurrently Submitted]<br><br>Action Filed: February 21, 2024 |

1

THE CASAS LAW FIRM, P.C.
JOSEPH N. CASAS (State Bar No. 225800)
  joseph@talentrights.law
402 West Broadway Street, Suite 400
San Diego, California 92101
Telephone: (855) 267-4457
Fax: (855) 220-9626

THE CASAS LAW FIRM, P.C.
DENNIS POSTIGLIONE (*Admitted Pro Hac Vice*)
  dennis@talentrights.law
607 E. Blanco Road, #1724
Boerne, Texas 78006
Telephone: (512) 806-7699
Fax: (855) 220-9626

# [PROPOSED] JUDGMENT

Pursuant to the Parties' Stipulated Request To Dismiss Case With Prejudice And Enter Judgment For Defendant ("Stipulation"), and the Court's Order of June 2, 2025 (Dkt. No. 78), which is incorporated into this Judgment (along with the Court's prior tentative rulings of June 28, 2024, and January 29, 2025 at Dkt. Nos. 44 and 72 which were made final in the Order of June 2, 2025), and good cause appearing therefore, it is HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment is entered against Plaintiff and in favor of Defendant.
2. Plaintiff shall take nothing in this action by way of his Complaint.
3. Plaintiff's Complaint, including each cause of action, is dismissed in its entirety with prejudice.
4. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATE: _____, 2025    _____
　　　　　　　　　　　　　　Hon. George H. Wu
　　　　　　　　　　　　　　United States District Court Judge

[PROPOSED] JUDGMENT
4897-2149-0766v.1 0012079-000393