```
 1  DAVIS WRIGHT TREMAINE LLP
    KELLI L. SAGER (State Bar No. 120162)
 2    kellisager@dwt.com
    DAN LAIDMAN (State Bar No. 274482)
 3    danlaidman@dwt.com
    350 S. Grand Avenue, 27th Floor
 4  Los Angeles, California  90071
    Telephone:  (213) 633-6800
 5  Fax:  (213) 633-6899

 6  DAVIS WRIGHT TREMAINE LLP
    SAM F. CATE-GUMPERT (State Bar No. 335715)
 7    samcategumpert@dwt.com
    50 California Street, 23rd Floor
 8  San Francisco, California  94111
    Telephone:  (415) 276-6500
 9  Fax:  (415) 276-6599

10  Attorneys for Defendant
    PARAMOUNT PICTURES CORPORATION
11
    [Additional counsel on following page]
12
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BARRY TUBB, an individual, | Case No. **CV 24-1417-GW-BFMx** |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | [Stipulated Request to Dismiss Case With Prejudice And Enter Judgment For Defendant Concurrently Submitted] |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation, | |
| Defendant. | Action Filed:  February 21, 2024 |

1 | THE CASAS LAW FIRM, P.C.
2 | JOSEPH N. CASAS (State Bar No. 225800)
    joseph@talentrights.law
3 | 402 West Broadway Street, Suite 400
    San Diego, California 92101
4 | Telephone: (855) 267-4457
    Fax: (855) 220-9626
5 |
6 | THE CASAS LAW FIRM, P.C.
    DENNIS POSTIGLIONE (*Admitted Pro Hac Vice*)
7 |   dennis@talentrights.law
    607 E. Blanco Road, #1724
8 | Boerne, Texas 78006
    Telephone: (512) 806-7699
    Fax: (855) 220-9626

2

[PROPOSED] JUDGMENT
4897-2149-0766v.1 0012079-000393

# JUDGMENT

Pursuant to the Parties' Stipulated Request To Dismiss Case With Prejudice And Enter Judgment For Defendant ("Stipulation"), and the Court's Order of June 2, 2025 (Dkt. No. 78), which is incorporated into this Judgment (along with the Court's prior tentative rulings of June 28, 2024, and January 29, 2025 at Dkt. Nos. 44 and 72 which were made final in the Order of June 2, 2025), and good cause appearing therefore, it is HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment is entered against Plaintiff and in favor of Defendant.
2. Plaintiff shall take nothing in this action by way of his Complaint.
3. Plaintiff's Complaint, including each cause of action, is dismissed in its entirety with prejudice.
4. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATE: June 20, 2025

_____
HON. GEORGE H. WU,
United States District Judge